words "Lender" and "Borrower" shall be deemed to include the respective successors and assigns of Lender and Borrower. All exhibits attached hereto are made a part of this Note.

31. **Assignment or Sale by Lender**. Lender may sell, assign or participate all or a portion of its interest in this Note and/or any of the Loan Documents and in connection therewith may make available to any prospective purchaser, assignee or participant any information relative to Borrower and/or Guarantor in its possession.

32. **No Assignment by Borrower**. Borrower may not assign any of its rights hereunder without the prior written consent of Lender, and Lender shall not be required to lend hereunder except to Borrower as it presently exists.

33. **Binding Effect**. This Note and all rights and powers granted hereby will bind and inure to the benefit of the parties hereto and their respective permitted successors and assigns.

34. **No Third Party Beneficiaries**. The rights and benefits of this Note and the Loan Documents shall not inure to the benefit of any third party.

35. **Modifications**. No modification of this Note or any of the Loan Documents shall be binding or enforceable unless in writing and signed by or on behalf of the party against whom enforcement is sought. Not withstanding this clause, Lender at its own sole discretion may extend the Maturity Date of this Note for additional ninety days (90) and charge Borrower a fee of One Thousand Dollars ($1,000). Such extension shall become effective upon Lender giving a written notice to Borrower of its intention to grant the extension to Borrower and upon payment of the said extension fee by Borrower. Any Exit Fees shall become payable on the original Maturity Date. However, the Lender at its own sole discretion may agree to capitalize the Exit Fees and/or Extension Fees and add such to the outstanding principal of this Note.

36. **Integration**. The Loan Documents shall be construed as integrated and complementary of each other, and as augmenting and not restricting Lender's rights, powers, remedies and security. The Loan Documents contain the entire understanding of the parties thereto with respect to the matters contained therein and supersede all prior agreements and understandings between the parties with respect to the subject matter thereof and do not require parol or extrinsic evidence in order to reflect the intent of the parties. In the event of any inconsistency between the terms of this Note and the terms of the other Loan Documents, the terms of this Note shall prevail.

37. **Counterparts**. This Note may be executed in any number of counterparts, all of which taken together shall constitute one and the same instrument, and any of the parties hereto may execute this Note by signing any such counterpart.

38. **Holidays**. If the day provided herein for the payment of any amount or the taking of any action falls on a Saturday, Sunday or public holiday at the place of payment or

BORROWER INITIAL _____            13
CO-BORROWER INITIAL _____