06/05/2006  14:28    2153558377              PAPARONE&ASSOC.P.C.                    PAGE  02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GELT BUSINESS CREDIT, LLC, in its own
right, and as servicer for EQUITY PARTNERS         :    CIVIL ACTION
FUND XXXVIII, LLC and for GREG MARSH
                                                        NO. 06-807
            Plaintiff

        v.

IMAR HUTCHINS
and
ANTHONY FRAZER

            Defendants

FILED
JUN 12 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk



## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Pursuant to Local Rule of Civil Procedure 7.4 (2), it is hereby stipulated by and between William J. Levant, Esquire, counsel for Plaintiff, and Christopher D. Mannix, Esquire, counsel for the Defendants, that the time within which the Defendants may answer, or file a Rule 12 Motion, concerning the Complaint is extended nine days to June 8, 2006. No prior extension has been previously granted.

Date: June 2, 2006
s/ _____
William J. Levant, Esquire
Counsel for Plaintiff

KAPLIN STEWART MELOFF
REITER & STEIN, P.C.
P.O. Box 3037
910 Harvest Drive
Blue Bell, PA 19422

Date: June 2, 2006
s/ _____
Christopher D. Mannix, Esquire
Counsel for Defendants

PAPARONE & ASSOCIATES, P.C.
Sterner's Mill Office Center-Suite 331
331 East Street Road
Trevose, PA 19053

APPROVED BY THE COURT:

_____ ENTERED
                        J.
                        JUN 1 2 2006

CLERK OF COURT

6/12/06 m__
Mannix
6/12/06 Fr.
Levant

Z:\Documents\CLIENTS\Hutchins\Gelt v. Hutchins & Frazer\Pleadings\ltr2WLevant60206.wpd