IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GELT BUSINESS CREDIT, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 06-807 |
| | : | |
| v. | : | |
| | : | |
| IMAR HUTCHINS and ANTHONY FRAZER | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 2nd day of August, 2006, it is hereby ORDERED that the above-captioned matter is placed in SUSPENSE for six (6) months, pending possible amicable resolution of an identical action in the Philadelphia County Court of Common Pleas.

BY THE COURT:

S/ James T. Giles
                                  J.