IN THE UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT of PENNSYLVANIA

| | |
|---|---|
| **GELT BUSINESS CREDIT, LLC**, in its own right, and as servicer for **EQUITY PARTNERS FUND XXXVIII, LLC** and for **GREG MARSH** <br> Plaintiff <br> v. <br><br> **IMAR HUTCHINS** <br> and <br> **ANTHONY FRAZER** <br> Defendants | : CIVIL ACTION <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :   No.  06-807 |

**PRAECIPE to DISMISS WITHOUT PREJUDICE**

TO THE CLERK :

Kindly dismiss this action, <u>without</u> prejudice, and <u>without</u> costs.

                              **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    <u>/S/ William J. Levant, Esquire</u>
           William J. Levant, Esquire
           **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
           910 Harvest Drive
           Post Office Box 3037
           Blue Bell, PA  19422
           (610) 260-6000
           Telecopier (610)684-2020
           Counsel for Plaintiff

Date : March 20, 2007