IN THE UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT of PENNSYLVANIA

GELT BUSINESS CREDIT, LLC,　　　　　　　: CIVIL ACTION
　in its own right, and as servicer for　　　　　　:
　　EQUITY PARTNERS FUND XXXVIII, LLC :
　　and for GREG MARSH
　　　　　　　Plaintiff　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
IMAR HUTCHINS　　　　　　　　　　　　　:
　　and　　　　　　　　　　　　　　　　　　:
ANTHONY FRAZER　　　　　　　　　　　　:
　　　　　　　Defendants　　　　　　　　　　:    No. 06-807

**STIPULATION and ORDER to DISMISS WITHOUT PREJUDICE**

TO THE CLERK :

Kindly dismiss this action, without prejudice, and without costs.

　　　　　　　　　　KAPLIN STEWART MELOFF REITER & STEIN, P.C.

　　　By:　/S/ William J. Levant, Esquire
　　　　　　William J. Levant, Esquire
　　　　　　Counsel for Plaintiff

　　　　　　　　　　PAPARONE & ASSOCIATES, P.C.

　　　By :　_____
　　　　　　Christopher D. Mannix, Esquire
　　　　　　Counsel for Defendants

　　APPROVED and SO ORDERED, this _____ day of _____, 2007;
the Clerk shall close this case.

　　　　　　　　　　BY THE COURT :

　　　　　　　　　　_____
　　　　　　　　　　James T. Giles, U.S. District Judge

Date : June 26, 2007