Case 2:06-cv-00807-JG    Document 11    Filed 06/28/07    Page 1 of 1
06/27/2007  15:49    Case 2:06-cv-00807-JG    Document 10    Filed 06/27/2007    Page 1 of 1
2153558377                              PAPARONE&ASSOC.P.C.                        PAGE  03

*JG*

## IN THE UNITED STATES DISTRICT COURT
## for the EASTERN DISTRICT of PENNSYLVANIA

GELT BUSINESS CREDIT, LLC,
in its own right, and as servicer for
**EQUITY PARTNERS FUND XXXVIII, LLC**
and for GREG MARSH
                    Plaintiff

v.

IMAR HUTCHINS
    and
ANTHONY FRAZER
                    Defendants

: CIVIL ACTION

:
:
:
:
:
:
:
:
:
:
:    No.  06-807

**FILED**

JUN    2007

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### STIPULATION and ORDER to DISMISS WITHOUT PREJUDICE

TO THE CLERK :

Kindly dismiss this action, _without_ prejudice, and _without_ costs.

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

By:    /S/ William J. Levant, Esquire
       William J. Levant, Esquire
       Counsel for Plaintiff

PAPARONE & ASSOCIATES, P.C.

By :   _____
       Christopher D. Mannix, Esquire
       Counsel for Defendants

**APPROVED and SO ORDERED,** this ___28th___ day of ___June___, 2007;
the Clerk shall close this case.

BY THE COURT :

_____
James T. Giles, U.S. District Judge

Date : June 26, 2007

**ENTERED**

**CLERK OF COURT**